# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BARBARA GILLIAM

NO.  2024 CW 0995

VERSUS

UNITED SERVICES AUTOMOBILE
ASSOCIATION

**FEBRUARY 10, 2025**

---

In Re:    United Services Automobile Association, applying for
          supervisory writs, 19th Judicial District Court, Parish
          of East Baton Rouge, No. 683785.

---

**BEFORE:    PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.**

**WRIT DENIED.**

**AHP**
**TPS**

Calloway, J., concurs. The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (per curiam), are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT

---

[1] **Calloway, J.,** serving as judge *pro tempore* of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.